IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROGER SEAN NORTON and AMANDA     \*
JOYCE NORTON,

                       \*

           Plaintiffs,                Case No.  4:26-cv-00218-CDL-CHW

v.                              \*

SHERRY GOODRUM, *et al.,*       \*

          Defendants.        \*

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated 4/9/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of April, 2026.

                   David W. Bunt, Clerk

                   s/ Elizabeth S. Long, Deputy Clerk